IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHMOUD ASCARIE, | CASE NO. 5:13-cv-01323 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

On March 25, 2013, Plaintiff Mahmoud Ascarie ("Plaintiff") filed a Complaint for Judicial Review of Decision of Commissioner of Social Security. See Docket Item No. 1. On that same date, the court issued an Social Security Procedural Order which, *inter alia*, required Plaintiff to file and serve a Motion for Summary Judgment within 28 days of service of Defendant's Answer pursuant to Civil Local Rule 16-5. See Docket Item No. 2. Defendant thereafter filed and served his Answer to the Complaint on June 24, 2013. See Docket Item No. 7. Plaintiff, however, did not file and serve a Motion for Summary Judgment as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by September 17, 2013**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: September 3, 2013

EDWARD J. DAVILA
United States District Judge