IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHMOUD ASCARIE, | CASE NO. 5:13-cv-01323 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

Having reviewed the document filed September 11, 2013 (see Docket Item No. 12), the court finds that Plaintiff has demonstrated sufficient good cause as required. Accordingly, the Order to Show Cause issued September 3, 2013, is DISCHARGED.

With regard to briefing, Plaintiff shall file a Motion for Summary Judgment or for remand on or before **October 15, 2013.** Further briefing shall then occur according to the Social Security Procedural Order filed March 25, 2013. See Docket Item No. 2. Plaintiff is advised that failure to comply with this order may result in the dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: September 17, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-01323 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE