IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHMOUD ASCARIE,<br><br>        Plaintiff(s),<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant(s). | CASE NO. 5:13-cv-01323 EJD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>[Docket Item No(s). 18] |

The letter submitted by Plaintiff on November 12, 2013 (see Docket Item No. 18) has been construed as a request for extension of time to file an opposition or response. As so construed, the request is GRANTED. Any opposition or response to Defendant's Motion for Summary Judgment (Docket Item No. 17) shall be filed on or before **June 6, 2014.**

**IT IS SO ORDERED.**

Dated: May 14, 2014

EDWARD J. DAVILA
United States District Judge

Case No. 5:13-cv-01323 EJD
ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME